FILED-CLERK

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas  ▼

2014 AUG 22 AM 10: 28

E/STERN -MARSHALL

BY_____

| | | |
|---|---|---|
| Multiplayer Network Innovations, LLC | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:14-cv-832 |
| Hewlett-Packard Company | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Hewlett-Packard Company
c/o CT Corporation System
350 N. St. Paul Street, Ste. 2900
Dallas, TX 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elizabeth L. DeRieux
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __8/6/14__

*Signature of Clerk or Deputy Clerk*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Elizabeth L. DeRieux SBN 05770585<br>Capshaw DeRieux, LLP<br>114 E. Commerce Ave.<br>Gladewater TX 75647<br>ATTORNEY FOR  Plaintiff | 9032352833<br><br>Ref. No. or File No.<br>1.815 | |

| UNITED STATES DISTRICT COURT - EASTERN DISTRICT, MARSHALL |
|---|
| 100 East Houston Street |
| Marshall, TX 75670 |

| SHORT TITLE OF CASE: |
|---|
| Multiplayer Network Innovations, LLC v. Hewlett-Packard Company |

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 1010107 | | | | 2:14-cv-832 |

United States District Court

Declaration of Service

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

Summons; Complaint; Exhibits to Complaint; Civil Cover Sheet;

On: Hewlett-Packard Company

At: 1999 Bryan Street Suite 900
Dallas, TX 75201

In the above mentioned action by personally serving to and leaving with
marie
~~Maria~~ Garcia

Whose title is: Process Specialist for Agent CT Corp

On: 8/7/2014          At: 11:50 AM

Person who served papers
   a. Name: Stephen M. Troutz
   b. Address: 14748 Pipeline Avenue, Suite B, Chino Hills, CA 91709
   c. Telephone number: 909-664-9565
   d. The fee for this service was: 49.00

CONTINUED ON NEXT PAGE

| PLAINTIFF/PETITIONER: Multiplayer Network Innovations, LLC<br>DEFENDANT/RESPONDENT: Hewlett-Packard Company | CASE NUMBER:<br>2:14-cv-832 |
|---|---|

e. I am:
(3) [X] a registered TX process server:
    (i) [X] Independent Contractor
    (ii) Registration No.: SCH2444, exp 12/31/15
    (iii) County:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

8/13/2014

Stephen M. Troutz

Rapid Legal, Inc., San Bernardino Co. Reg. #1086, Expires 04-23-16

Declaration of Service