**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **MULTIPLAYER NETWORK INNOVATIONS, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**HEWLETT-PACKARD COMPANY,**<br><br>*Defendant*. | **Civil Action No. 2:14-cv-832**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF READINESS FOR SCHEDULING CONFERENCE**

Plaintiff Multiplayer Network Innovations, LLC ("MNI" or "Plaintiff") hereby files this Notice of Readiness for Scheduling Conference and shows the Court as follows:

The Defendant has answered the Complaint. There are no pending motions.

The following cases are related cases in the Eastern District of Texas involving the 5,618,045 patent-in-suit:  2:14-cv-00824-JRG-RSP, 2:14-cv-00825-JRG-RSP, 2:14-cv-00826-JRG-RSP, 2:14-cv-00830-JRG-RSP, 2:14-cv-00845-JRG-RSP, 2:14-cv-00831-JRG-RSP, 2:14-cv-00833-JRG-RSP, 2:14-cv-00834-JRG-RSP, 2:14-cv-00835-JRG-RSP, 2:14-cv-00836-JRG-RSP, 2:14-cv-00837-JRG-RSP, 2:14-cv-00838-JRG-RSP, 2:14-cv-00840-JRG-RSP, 2:14-cv-00841-JRG-RSP, 2:14-cv-00842-JRG-RSP, 2:14-cv-00843-JRG-RSP,  2:14-cv-00844-JRG-RSP,  2:14-cv-00828-JRG-RSP, 2:14-cv-00846-JRG-RSP, 2:14-cv-00847-JRG-RSP and 2:14-cv-00848-JRG-RSP. No *Markman* hearings or trials have been set yet for any of the related cases.

Dated: September 30, 2014

Respectfully submitted,

/s/ Elizabeth L. DeRieux
Marc A. Fenster, CA SB No. 181067
mfenster@rawklaw.com
Dorian S. Berger, CA SB No. 264424
dberger@raklaw.com
Daniel P. Hipskind, CA SB No. 266763
dhipskind@raklaw.com
Russ August & Kabat
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Tel: (310) 826-7474
Fax: (310) 826-6991

Elizabeth L. DeRieux
TX Bar No. 05770585
CAPSHAW DERIEUX, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: 903-236-9800
Facsimile: 903-236-8787
E-mail: ederieux@capshawlaw.com

*Attorneys for Plaintiff,*
*Multiplayer Network Innovations, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 30, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

/s/ Elizabeth L. DeRieux